1  Nathan J. Aman, Esq.
   Nevada Bar No. 8354
2  naman@renonvlaw.com
3  Jeremy B. Clarke, Esq.
   Nevada Bar No. 13849
4  jclarke@renonvlaw.com
5  **FAHRENDORF, VILORIA,**
     **OLIPHANT & OSTER L.L.P.**
6  P.O. Box 62
   Reno, Nevada  89504
7  (775) 284-8888

8
9  Frank J. Wright (TX Bar No. 22028800)
   *(Pro Hac Vice, Verified Petition)*
10 GARDERE WYNNE SEWELL LLP
   2021 McKinney Avenue, Suite 1600
11 Dallas, Texas 75201
   (214) 999.3000
12 fwright@gardere.com

13
   **ATTORNEYS FOR HALL CA-NV, LLC**
14

15      **UNITED STATES DISTRICT COURT**
        **DISTRICT OF NEVADA**
16

17 In Re:

18 NEW CAL NEVA LODGE, LLC,
   A Nevada Limited-Liability Company;
19

20               Debtor

21 ————————————————
   HALL CA-NV, LLC, a Texas Limited-
22 Liability Company,

23               Appellant,
24     vs.

25 LAWRENCE INVESTMENT, LLC;
26 OFFICIAL COMMITTEE OF
   UNSECURED CREDITORS,
27

28               Appellees.
   ————————————————

**Case No:** 3:17-cv-00636-RCJ

**US Bankruptcy Court, District of
Nevada Case No:** BK−16−51282−gwz
**Appeal Ref. Nos.:** 17-49

   **SUPERSEDEAS BOND ORDER**

## SUPERSEDEAS BOND ORDER

The United States District Court for the District of Nevada having given due notice for the October 25, 2017 hearing at 3:00 p.m. before the Honorable Robert C. Jones regarding Hall CA-NV, LLC's ("**Hall**") *Expedited Motion to Stay Confirmation Order Pending Appeal*, at which the Court stayed the *Order Confirming First Amended Plan of Liquidation for New Cal-Neva Lodge, LLC Jointly Proposed by Lawrence Investments, LLC and the Official Committee of Unsecured Creditors Dated August 16, 2017* ("**Confirmation Order**") and *Order Conditionally Granting Motion to Approve Non-Material Plan Modification Hall* ("**Plan Modification Order**") pending appeal.  Nathan J. Aman and Frank J. Wright appeared on behalf of Hall, Courtney Miller O'Mara and Shirley S. Cho appeared on behalf of the Official Committee of the Unsecured Creditors, Eric Goldberg appeared on behalf of Lawrence Investments, LLC, counsel appeared on behalf of Savage & Son, Inc. and George Stuart Yount, and Dawn Cica appeared on behalf of the Penta Building Group, Inc.

The Court having considered the papers filed on behalf of Hall and the argument at the hearing, and good cause appearing and the Court having granted an immediate stay of the Confirmation Order and the Plan Modification Order in accordance with the Court's findings on the record,

**IT IS HEREBY ORDERED:**

A stay of the Confirmation Order and the Plan Modification Order is granted.

Hall is required to post a supersedeas bond during the pendency of the appeal which shall consist of: (1) avoiding the non-judicial foreclosure of a home owned by 9898 Lake, LLC located at 9898 Lake Street, Kings Beach, California ("**Fairwinds Estate**"), including, without limitation, timely curing the past due balance on the loan with Capital One Bank secured by a lien on the Fairwinds Estate in the amount of approximately $580,603.90 as of the date of the Confirmation

Hearing; (2) timely paying the Fairwinds Estate's monthly mortgage payments to Capital One Bank in the approximate amount of $25,841.22 throughout the pendency of this appeal; and (3) maintaining the operating and maintenance costs generally consisting of insurance, taxes, security, utilities, snow removal and storage of FF&E associated with the Cal-Neva Resort Hotel & Casino throughout the pendency of this appeal. Such bond requirement shall be satisfied by Hall filing with this Court a certification that it will comply with the terms of this order.

Upon receipt of Hall's certification and conditioned upon Hall's compliance with the terms of this Order, the stay of the Confirmation Order shall remain in effect during the pendency of this appeal until ten days after the Court enters its final ruling on the appeal. In the event Hall fails to provide such certification or fails to comply with the terms of this Order the stay will terminate immediately.

DATE: _____          _____
                                   UNITED STATES DISTRICT JUDGE

**PREPARED AND SUBMITTED BY:**

**FAHRENDORF, VILORIA, OLIPHANT & OSTER, LLP**

By: _/s/ Nathan J. Aman_____
          Nathan J. Aman

and

**GARDERE WYNNE SEWELL LLP**

By: _/s/ Frank J. Wright_____
          Frank J. Wright

**ATTORNEYS FOR HALL CA-NV, LLC**

-3-