Nathan J. Aman, Esq.
Nevada Bar No. 8354
naman@renonvlaw.com
Jeremy B. Clarke, Esq.
Nevada Bar No. 13849
jclarke@renonvlaw.com
FAHRENDORF, VILORIA,
  OLIPHANT & OSTER L.L.P.
P.O. Box 62
Reno, Nevada  89504
(775) 284-8888

Frank J. Wright (TX Bar No. 22028800)
GARDERE WYNNE SEWELL LLP
*(Pro Hac Vice, Verified Petition)*
2021 McKinney Avenue, Suite 1600
Dallas, Texas 75201
(214) 999.3000
fwright@gardere.com

ATTORNEYS FOR HALL CA-NV, LLC

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | **Case No:** 3:17-cv-00636-RCJ |
| NEW CAL NEVA LODGE, LLC, A Nevada Limited-Liability Company; | **US Bankruptcy Court, District of Nevada Case No:** BK-16-51282-gwz |
| Debtor | **Appeal Ref. No.:** 17-49 |
| HALL CA-NV, LLC, a Texas Limited-Liability Company, | **DECLARATION OF FRANK J. WRIGHT IN SUPPORT OF HALL CA-NV, LLC'S CERTIFICATE OF COMPLIANCE WITH SUPERSEDEAS BOND ORDER** |
| Appellant, | |
| vs. | |
| LAWRENCE INVESTMENT, LLC; OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | |
| Appellees. | |

-1-

STATE OF TEXAS            §
                          §
COUNTY OF DALLAS          §

BEFORE ME, the undersigned authority, on this day personally appeared Frank J. Wright, who under oath, deposed and said:

1. "My name is Frank J. Wright. I am the attorney for Hall CA-NV, LLC ("**Hall**").

2. I have personal knowledge of the facts set forth in this Declaration.

3. On October 25, 2017 the Court granted the motion of Hall to stay the *Order Confirming First Amended Plan of Liquidation for New Cal-Neva Lodge, LLC Jointly Proposed by Lawrence Investments, LLC and the Official Committee of Unsecured Creditors Dated August 16, 2017* ("**Confirmation Order**") and *Order Conditionally Granting Motion to Approve Non-Material Plan Modification Hall* ("**Plan Modification Order**") pending appeal. The Court conditioned the continuance of the stay upon Hall complying with the terms of a supersedeas bond as required by the Court on the record.

4. The Court ordered the preparation of an expedited transcript of the hearing on October 25, 2017. The transcript is not yet available and I have been advised it will not be available until next week.

5. It is my understanding that Hall was required to agree to the terms of the bond by October 27.

6. Hall has circulated a proposed form of Supersedeas Bond Order to counsel that appeared at the hearing and endeavored to address their comments. The form of that order is attached to the Certificate filed by Hall.

7. Hall has inquired as to the current amount due to Capital One Bank and the monthly payments but has been advised that since the loan was in the process of foreclosure those amounts cannot be provided by phone but only in writing. Hall has not yet received the

final amounts but has used the last known amounts as approximate amounts in the form of the order.

8. Hall is fully prepared to comply with the terms of the bond required by the Court upon entry of the Supersedeas Bond Order.

**FURTHER, AFFIANT SAYETH NOT.**

_____
Frank J. Wright

**SWORN TO AND SUBSCRIBED BEFORE ME** by Frank J. Wright on this 27th day of October 2017, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC in and for the State of TEXAS

IMELDA V. ARAYATA
Notary Public
State of Texas
ID # 11336529
Comm. Expires 8/28/2018

## CERTIFICATE OF SERVICE

I the undersigned, hereby certify that on the 27th day of October, 2017, the foregoing document was served on all parties consenting to electronic service in this case *via* the Court's *CM/ECF* system of the District Court.

/s/ *Frank J. Wright*
Frank J. Wright

The foregoing document has been delivered by other means to:

Eric Goldberg
DLA Piper LLP (US)
Suite 400 North Tower
2000 Avenue of the Stars
Los Angeles, CA 90067

John Fiero
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111

Paul Wassgren
DLA Piper LLP(US)
Suite 400 North Tower
2000 Avenue of the Stars
Los Angeles, CA 90067

Shirley Cho
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111