HOLLY E. ESTES, ESQ.
Nevada Bar No. 11797
ESTES LAW, P.C.
605 Forest Street
Reno, Nevada 89509
Telephone (775) 321-1333
Facsimile (775) 321-1314
***Email: hestes@esteslawpc.com***

Attorney for Paul and Evy Paye, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In Re: | Case No. BK-N-16-51282-GWZ<br>Chapter 11 |
| NEW CAL-NEVA LODGE, LLC, | **Lead Case:** |
| Debtor. | Appeal Reference No. 17-49 |
| _____/ | District Court No. 3:17-cv-00636-RCJ |
| PAUL AND EVY PAYE, LLC, a California limited liability company, | **Consolidated with**:<br>Appeal Reference No. 17-50 |
| Appellant. | District Court No. 3:17-cv-00640-RCJ |
| v. | |
| LAWRENCE INVESTMENTS, LLC; THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS; NEW CAL NEVA LODGE, LLC; CR LAKE TAHOE, LLC; 9898 LAKE, LLC, | **STIPULATION TO EXTEND BRIEFING SCHEDULE**<br><br>(First Request) |
| Appellees.<br>_____/ | |

Appellants, Paul and Evy Paye, LLC, a California limited liability company ("Paye") by and through its counsel, Holly E. Estes, Esq., of Estes Law, P.C., Appellants, Hall CA-NV LLC, a Texas limited liability company ("Hall"), by and through its counsel, Frank J. Wright, Esq., Appellee, Lawrence Investments, LLC ("Lawrence"), by and through its counsel Eric Goldberg, Esq., of DLA Piper LLP, Appellee, the Official Committee of Unsecured Creditors (the "Committee"), by and through its counsel Shirley S. Cho, Esq., of Pachulski

Stang Ziehl & Jones LLP, and interested party, Penta Building Group, LLC ("Penta"), by and through its counsel Dawn M. Cica, Esq., of Mushkin Cica Coppedge (hereinafter cumulatively referred to as the "Parties"), hereby stipulate and agree to extend the Parties briefing schedule pursuant to LR IA 6-1 and LR 26-4 as follows:

**RECITALS**

1. The current deadline for Appellants, Paye and Hall, to file an opening brief is Friday, December 1, 2017 by 5:00 p.m. *See* [DE 20].

2. The current deadline for Appellees to file answering briefs is Monday, December 18, 2017 by 5:00 p.m. *See* [DE 20].

3. The current deadline for Appellants, Paye and Hall, to file a final reply brief is Thursday, December 28, 2017 at 5:00 p.m. *See* [DE 20].

4. Oral argument hearing is currently scheduled for Wednesday, January 17, 2018 at 10:00 a.m. *See* [DE 20].

5. The Parties have been engaged in ongoing settlement discussions since the date of the Court's last hearing on these matters.

6. In light of the ongoing settlement discussions, the Parties believe that it is in the best interest of **all** that the Parties focus their efforts on working toward a settlement, rather than briefing pleadings in the consolidated appeals that may become moot. This is the Parties' first request for an extension of the briefing deadline.

7. Because of the expedited briefing schedule set in this appeal and the continued on-going settlement discussions, the Parties' stipulated request to extend the briefing schedule to focus on settlement is timely.

**STIPULATION**

Good cause existing, the Parties HEREBY STIPULATE AND AGREE:

8. That the briefing deadlines shall be extended by 14 days in all instances, which would allow the hearing on oral argument to remain on Wednesday, January 17, 2018 at 10:00 a.m. if the appeals move forward. Accordingly, the Parties agree that the new briefing schedule shall be:

a. Deadline for Appellants, Paye and Hall, to file an opening brief is Friday, December 15, 2017 by 5:00 p.m.

b. Deadline for Appellees to file answering briefs is Monday, January 1, 2018 by 5:00 p.m.

c. Deadline for Appellants, Paye and Hall, to file a final reply brief is Thursday, January 11, 2018 at 5:00 p.m.

d. Oral argument set for Wednesday, January 17, 2018 at 10:00 a.m., or such other date as is convenient to the Court's calendar.

IT IS SO STIPULATED.

**DATED** this 22nd day of November, 2017.

                ESTES LAW

                By:    */s/ Holly E. Estes*
                          HOLLY E. ESTES, ESQ.
                          Paul and Evy Paye, LLC

**DATED** this 27th day of November, 2017.

                By:    */s/ Frank J. Wright*
                          FRANK J. WRIGHT, ESQ.
                          Hall CA-NV, LLC

**DATED** this 27th day of November, 2017.

                DLA PIPER LLP

                By:    */s/ Eric Goldberg*
                          ERIC GOLDBERG, ESQ.
                          Lawrence Investments, LLC

**DATED** this 26th day of November, 2017.

                PACHULSKI STANG ZIEHL & JONES LLP

              By:    */s/ Shirley S. Cho, Esq.*
                          SHIRLEY S. CHO, ESQ.
                          Official Committee of Unsecured Creditors

///

///

**DATED** this 26th day of November, 2017.

                                        MUSHKIN CICA COPPEDGE

                        By:     */s/* Dawn M. Cica
                               DAWN M. CICA, ESQ.
                               Penta Building Group, LLC

**IT IS SO ORDERED.**

**DATED** this ___ 28th day of November, 2017.

                      By: _____

                          UNITED STATES DISTRICT JUDGE or
                          UNITED STATES MAGISTRATE JUDGE